BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00059-JAM-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $9,734.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Anthony Hempstead ("claimant"), by and through their respective counsel, as follows:

1.   On or about May 7, 2012, claimant Anthony Hempstead filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $9,734.00 (hereafter "defendant currency"), which was seized on March 5, 2012.

2.   The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

**Stipulation and Order to Extend Time**

PDF created with pdfFactory trial version www.pdffactory.com

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is August 3, 2012.

    4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 1, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    6.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 1, 2012.

Dated:  8/2/2012                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                 /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

Dated:  8/2/2012                                /s/ Myron P. Watson
                                                 MYRON P. WATSON
                                                 Attorney for Claimant
                                                 Anthony Hempstead

                                                 (Signature retained by attorney)

**IT IS SO ORDERED**.

Dated: 8/3/2012

                                               /s/ John A. Mendez
                                               UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Extend Time

PDF created with pdfFactory trial version www.pdffactory.com